Patrick Neal **BRADBERRY,**
Plaintiff–Appellant,

v.

Joe **ARPAIO,** Sheriff; et al.,
Defendants–Appellees.

No. 06–17118.

United States Court of Appeals,
Ninth Circuit.

Submitted Dec. 3, 2007 *.

Filed Dec. 28, 2007.

Patrick Neal Bradberry, Florence, AZ, pro se.

Michael G. Sullivan, Esq., Maricopa County Attorney's Office, Division of

County Counsel, Phoenix, AZ, for Defendants–Appellees.

Before: GOODWIN, WALLACE, and FISHER, Circuit Judges.

MEMORANDUM **

Patrick Neal Bradberry, an Arizona state prisoner, appeals pro se from the district court's order dismissing as time-barred his 42 U.S.C. § 1983 action alleging that prison officials violated his civil rights. We have jurisdiction under 28 U.S.C. § 1291. We review de novo a district court's dismissal on statute of limitations grounds. *Lucchesi v. Bar–O Boys Ranch,* 353 F.3d 691, 694 (9th Cir.2003). We affirm.

In Bradberry's previous action based on the same complaint, he failed to comply with the district court's order to file a timely amended complaint, and rather than appeal from the dismissal, Bradberry filed this action. The district court properly dismissed the action as time-barred because Bradberry was not eligible for equitable tolling under Arizona's tolling provisions. *See id.* ("State law governs the statutes of limitations for section 1983 actions as well as questions regarding the tolling of such limitations periods."); Ariz. Rev.Stat. Ann. § 12–504 (2007) (setting forth applicable tolling rule).

The district court properly denied Bradberry's request for a court order to possess and maintain a personal typewriter because inmates have no constitutional

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

right to access typewriters. *See Lindquist v. Idaho State Bd. of Corr.*, 776 F.2d 851, 858 (9th Cir.1985).

**AFFIRMED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.